# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| REX GUNTHER, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:16-cv-01606-NCC |
| | ) | |
| DR. STACEY NEFF, | ) | |
| | ) | |
|     Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion to Consolidate (Doc. 21). Defendant requests to consolidate *Rex Gunther v. David Schmitt,* No. 4:17-cv-00172-RLW, with the earlier-filed above-captioned case. Mr. Gunther concurs with Defendant's Motion (Doc. 22). The Parties in the above-captioned case have consented to the jurisdiction of the undersigned United States Magistrate Judge (Doc. 23). Because the Court finds that the actions involve common questions of law and fact,

**IT IS HEREBY ORDERED** that Defendant's Motion to Consolidate (Doc. 21) is **GRANTED**. Case number 4:17-cv-00172-RLW is consolidated with the above-captioned case. Case number 4:17-cv-00172-RLW shall be reassigned to the undersigned United States Magistrate Judge. The Clerk of Court is directed to issue Notice Regarding Magistrate Judge Jurisdiction forms to both parties in that case once it reassigned to Magistrate Judge Collins and bears Case No. 4:17-cv-00172-NCC. The Parties have twenty-one days from the date of this Order to file their Notice Regarding Magistrate Judge Jurisdiction forms in Case No. 4:17-cv-00172-NCC. Failure to file these forms in Case No. 4:17-cv-00172-NCC may result in the reassignment of the consolidated cases. Thereafter, all future filings shall be made in this case and shall contain the case number 4:16-cv-01606-NCC. A copy of this Order shall be filed in

case number 4:17-cv-00172-RLW.

**IT IS FURTHER ORDERED** that Defendants Dr. Stacey Neff and David Schmitt shall answer or otherwise respond to Plaintiff's claims within fourteen (14) days of the date of this Order.

**IT IS FURTHER ORDERED** that Defendant Stacey Neff's Motion for Extension of Time to File Responsive Pleading (Doc. 24) is **DENIED, as moot**.

Dated this 6th day of June, 2017.

    /s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE